

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00116-CV

Rodulfo **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO CODE COMPLIANCE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014TA102976
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against appellant.

SIGNED April 24, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice